**SEALED**

**FILED**
October 06, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MG_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Case No: SA-21-CR-00432-JKP

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **INDICTMENT** |
| ANTHONY ARREDONDO, | **COUNT 1:** 18 U.S.C. §922(g)(1) |
| Defendants | Felon in Possession |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. §922(g)(1)]

On or about December 31, 2020, in the Western District of Texas, Defendant,

**ANTHONY ARREDONDO,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Springfield Armory, model XD-9, 9x19 mm caliber, semi-automatic pistol, serial number AT116329, and the firearm had travelled in interstate and foreign commerce, in violation of 18 U.S.C. §922(g)(1).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Firearms Violation and Forfeiture Statutes
[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the criminal violations set forth in Count One, the United States of America gives notice to the Defendant **ANTHONY ARREDONDO** of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties described below:

1. Springfield Armory, model XD-9, 9x19 mm caliber, semi-automatic pistol, SN: AT116329; and
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR AMANDA C. BROWN
Assistant United States Attorney